# EXHIBIT A

# (?) Are your patients asking about Medicare Advantage options?

**WE OFFER PLANS THAT GIVE THEM MORE.**

Thank you for your partnership with WellCare, where your patients can find health plans with more savings, more coverage and the caring service they deserve. Our 2013 Medicare Advantage plans reflect that commitment. WellCare plans include features and benefits like:

 Free rides to office visits

 Friendly reminders for screenings and services

 Help scheduling appointments

 $0 monthly premium

 No co-pays for primary care visits

 Dental, vision and hearing coverage

With a sole focus on government-sponsored health programs, WellCare understands how to support you and your patients.

So when you get questions about Medicare Advantage plans, WellCare has answers. Please contact our Provider Services department at **1-877-252-2087** with any questions or concerns.

And as always, thank you for your continued participation in the WellCare network.

Sincerely,

WellCare Health Plans, Inc.



Your patients may call us directly at **1-866-765-4385** (TTY 711). Representatives are available Monday–Friday, 8 a.m.–9 p.m. Eastern.

Not intended for solicitation. Not to be distributed.

