**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>  v.<br><br>WELLCARE HEALTH PLANS, INC., WELLCARE HEALTH INSURANCE OF ARIZONA, INC., WCG HEALTH MANAGEMENT, INC. and JOHN DOES 1-10,<br><br>      Defendants. | Civil Action No.: 13-CV-02427<br><br>**CLASS ACTION** |

**STIPULATION TO VOLUNTARILY DISMISS**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, MEDICAL & CHIROPRACTIC CLINIC, INC., through its attorneys, hereby stipulates to voluntarily dismiss this action with prejudice as to Plaintiff's individual claims. Rule 23(e) does not apply because no class was certified. Putative Class claims are dismissed without prejudice.

Dated: October 17, 2013

        MEDICAL & CHIROPRACTIC CLINIC, INC., individually and as the representative of a class of similarly-situated persons

    By: /s/ Ryan M. Kelly
      Ryan M. Kelly (FL Bar #90110)
      Brian J. Wanca
      ANDERSON + WANCA
      3701 Algonquin Road, Suite 760
      Rolling Meadows, IL  60008
      Telephone:  (847) 368-1500
      Facsimile: (847) 368-1501

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                s/ Ryan M. Kelly