**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MEDICAL & CHIROPRACTIC CLINIC,
INC., a Florida corporation, individually
and as the representative of a class of
similarly-situated persons,

    Plaintiff,

v.                                                   Case No: 8:13-cv-2427-T-35TBM

WELLCARE HEALTH PLANS, INC.,
WCG HEALTH MANAGEMENT, INC.,
JOHN DOES 1-10 and WELLCARE
HEALTH INSURANCE OF ARIZONA,
INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Stipulation of Dismissal with Prejudice, (Dkt. 11) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 21st day of October, 2013.

                                                       MARY S. SCRIVEN
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party